UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA PELLECHIA
    Plaintiff

    v.      3:11cv1587(JCH)

ONEWEST BANK, FSB
HUNT LEIBERT JACOBSON PC
    Defendants

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendants' Motions to Dismiss.

The Court has reviewed all of the papers filed in conjunction with the Motions and on August 27, 2012, entered a Ruling granting the defendants' Motions, dismissing plaintiff's claims against defendants OneWest Bank, FSB and Hunt Leibert Jacobson PC.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants, against the plaintiff, and the case is closed.

Dated at Bridgeport, Connecticut, this 10th day of September, 2012.

    Robin D. Tabora, Clerk

    By   /s/ Diahann Lewis
        Deputy Clerk

Entered on Docket  9/10/2012